Case 2:22-cv-00551-JRS-MG   Document 1   Filed 11/30/22   Page 1 of 5 PageID #: 1

FILED
11/30/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

ROBERTO LARA, JR.
   Petitioner,

v.          Case No.: _____

2:22-cv-00551-JRS-MG

WARDEN STEVEN KALLIS,
   Respondent.

## MOTION TO COMPEL

BACKGROUND:

  Petitioner, Roberto Lara, Jr. hereby comes before this Honorable Court seeking a Motion and Order to compel the Federal Bureau of Prisons, namely United States Penitentiary Terre Haute, to read P.S.R. as instructed and/or contact the Court's themselves to find any status they need done.

  On or about the month of May 2022, this Petitioner filed to receive prior served jail credit against the current sentence in accordance with 18 U.S.C.S. § 3585 and the Prisons own Program Statement 5880.28.

  It was not until September 14, 2022 that a response was given that was [NOT] favorable to this Petitioner, although Jail Time Credit was [GRANTED] and the institution therein did provide this Petitioner with his served jail time credit.

  This GRANTED Jail Time credit made this Petitioner then immediately eligible for Residential Reentry Center (RRC) placement.

-1-

R.R.C. Placement is not an entry this Court has the given jurisdiction over and this Petitioner is not asking for this Honorable Court to intervene there and ORDER R.R.C. Placement respectfully.

Further, since this Petitioner technically won though the issuance of his Jail Time Credit, this Institution has taken an offense and has placed a stop on seeking R.R.C. Placement for this Petitioner making a claim that this Petitioner's P.S.R. has "unresolved" items listed in it and thus "may or may not be classified as detainers."

This Petitioner is originally out of the 5th Circuit in Laredo, Texas where his P.S.R. was created from and should be accesiable to this Honorable Court via their PACER.

On Page 11 of said Report, at Other Criminal Conduct, Item 42 and from April 29, 1990 (04/29/1990) from the Agency of Webb County, the Disposition shows "UNKNOWN."

This case of course is 32 years old, and is/was a sealed case that the Disposition is "UNKNOWN" and there is not even any archives to its information.

On Page 12, at entry 43 again 32 years ago 08/07/1990 the Disposition is "UNKNOWN" and this is even an unauthorized use of a motor vehicle.

At entry 45, 30 years ago, 04/10/1992 Disposition is UNKNOWN and no way to learn any different than such.

And lastly, at page 13 at entry 51, a newer case but the same disposition is listed on this Petitioner's P.S.R. that of course being UNKNOWN.

The reason these cases are UNKNOWN is because there was and is nothing to the case. They have been sealed and no information is available about them as this Petitioner has attempted multiple avenues in to learn of the status to inform this current prison so that in accordance with the Bureau's Policy as well as the First Step Act where this Petitioner has been involved in multiple EBRR Programs including his current working status, that this institution will finally turn in the documents to Grand Prairie the Designation Center to receive a R.R.C. Date as is Bureau Policy.

It should also be part of record, that this Petitioner has been in communication with Laredo Police Department at 4712 Maher Ave. Laredo, TX. 78041 and Webb County Sheriff's Office 902 Victoria Street, Laredo, TX. 78040 all to no avail as these departments claim there is "NO INFORMATION" and this is why the status and/or disposition is listed as UNKNOWN respectfully.

This Petitioner has made multiple efforts to be in contact with bureau administrative staff (see attached communication) who each say there is nothing that they can do in their individual capacity that I would need to file an administrative remedy.

Please see: United States v. Gooch, 19-cv-607 (7th Cir. Jan. 28, 2022); Hill v. Snyder, 817 F.3d 1037 (7th Cir. 2016); and Dale v. Pallin, 376 F.3d 652.

These listed cases apply currently as U.S.P. Terre Haute as this Honorable Court is all too familiar with, refuses to make the proper forms available and even when they are available, the Administrative Remedy Process is null and void at this institution and the time gap between entry and response is now falling into 5-6 months and even then some times over a year if you even receive a response.

CONCLUSION:

This is all too common at U.S.P. Terre Haute, as the closer an inmate gets to being set free, the harder it is for that inmate to be set free even if the laws and policies are in his/her favor.

It should be further noted that this Petitioner has even been released from U.S.P. McCreary while the Disposition was listed as "UNKNOWN" as that has not changed since this Petitioner was intitially incarcerated and for this institution, U.S.P. Terre Haute to now hold this Petitioner from receiving R.R.C. placement or recommendation is Undue Harm and unconstitutional.

WHEREFORE, although again, this Petitioner is aware that this Honorable Court does not have the jurisdiction to recommend R.R.C. placement, it does have the jurisdiction to ORDER immediate release to this Petitioner which would be the just thing to do and would serve as information to U.S.P. Terre Haute to complete its task in releasing inmates as they are required to do in their very own policy.

But, in the sake of justice, and complete fairness of the law, this Honorable Court could at least either compel this institution to contact the court and their Probation Department that completed the P.S.R., and/or this Honorable Court take the guess work out of it, look into the files of this Petitioner's case and submit something to the U.S.P. Terre Haute showing that the UNKNOWN Status is due to the status being just that, UNKNOWN and is not showing as a current or pending detainer against this Petitioner so that that then Bureau Policy can be abided by and this Petitioner can have his R.R.C. placement sent in according to Bureau Program Statements and Policies respectfully. U.S.P. Terre Haute also could very easily complete an N.C.I.C. Check on this Petitioner and just as U.S.P. McCreary did, ignore the "UNKNOWN Status" respectfully.

HEREBY submitted this the 22nd day of November, 2022 to this Honorable Court to construe this Motion as liberal being this Petitioner is a pro se inmate litigant and is merely seeking this Court's intervention to allow justice to be served properly as each holiday is fast approaching and this Petitioner would much rather spend that time with his loved ones at home. Respectfully submitted:

*Roberto Lara Jr*
Roberto Lara, Jr.: 97956-279
United States Penitentiary
P.O. BOX 33
Terre Haute, IN. 47808-0033

### CERTIFICIATE OF SERVICE

This motion was sent on this the 23rd day of Nov. 2022 to the Clerk of the Souther District of Indiana for filing and hearing as soon as available respectfully.