UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ROBERTO LARA, JR., | ) |
|       Petitioner, | ) |
| v. | ) No. 2:22-cv-00551-JRS-MG |
| STEVEN KALLIS, | ) |
|       Respondent. | ) |

# FINAL JUDGMENT

The Court now enters FINAL JUDGMENT.

The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **dismissed for lack of jurisdiction**.

Date: 05/07/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
     Deputy Clerk, U.S. District Court

Distribution:

ROBERTO LARA, JR.
[no current address available; copy available on request]

Jeffrey D. Preston
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
jeffrey.preston@usdoj.gov